*4117*
*36,899.85*

# MARK S. WALLACH

### Trustee in Bankruptcy

United States Bankruptcy Court
Western District of New York
 Telephone (716) 852-1835

169 Delaware Avenue
Buffalo, New York  14202

April 10, 2015

United States Bankruptcy Court
Western District of New York
Olympic Towers
300 Pearl Street, Suite 250
Buffalo, NY 14202

Attention: Lisa Bertino Beaser, Clerk of the Court

<div style="margin-left:40%">

Re:   James Brady, Jr.
Barbara H. Brady
BK NO. 98-10764B
Request to Deposit of Unclaimed Funds into the
United States Treasury

</div>

Dear Ms. Beaser:

        Enclosed herewith please find my Trustee check in the amount of $36,899.85. I request that the Clerk of the Court deposit said funds, in the name of the creditors and in the amounts listed below, with the U.S. Treasury as "unclaimed funds".

        __X__ I have made a diligent effort to locate the claimant(s) for said funds and have been unable to locate the claimant(s).

        _____ The funds represent dividend payment(s) of less than $5.00 to the affected creditor and are required to be treated as unclaimed funds by Bankruptcy Rule 3010(a).

| | | |
|---|---|---|
| Niagara Mohawk Power Corp.<br>300 Erie Boulevard West<br>Syracuse, NY 13202 | $22.12 | Claims Register #15 |
| Interest on Claim | $93.45 | *115.57* |
| Niagara Mohawk Power Corp. | $21.88 | Claims Register #16 |
| Interest on Claim | $92.44 | *114.32* |
| Niagara Mohawk Power Corp. | $40.13 | Claims Register #17 |
| Interest on Claim | $169.52 | *209 65* |
| Marine Midland Bank<br>P.O. Box 4215<br>Buffalo, NY 14273-4215 | $3,492.75 | Claims Register #18 |
| Interest on Claim | $14,755.12 | *18247.87* |



| | | |
|---|---|---|
| NationsBank of Delaware<br>P.O. Box 2278<br>Norfolk, VA 23501-2278<br>Interest on Claim | $754.70<br><br><br>$3,188.25 | Claims Register #19<br><br>3942.95 |
| First Card<br>P.O. Box 2975<br>Uniondale, NY 11553<br>Interest on Claim | $700.64<br><br><br>$2,959.85 | Claims Register #21<br><br>3660.49 |
| Niagara Mohawk Power Corp.<br>Interest on Claim | $123.33<br>$521.00 | Claims Register #42<br>644.33 |
| Niagara Mohawk Power Corp.<br>Interest on Claim | $31.59<br>$133.46 | Claims Register #43<br>165.05 |
| Niagara Mohawk Power Corp.<br>Interest on Claim | <br>$6.06 | Claims Register #44 |
| Niagara Mohawk Power Corp.<br>Interest on Claim | $11.24<br>$47.50 | Claims Register #45<br>58.74 |
| Advanta Business Cards<br>Phillips and Cohen Associates Ltd.<br>590 S. Lenola Road, Suite 3-167<br>Maple Shade, NJ 08052<br>Interest on Claim | $1,401.13<br><br><br><br>$5,919.08 | Claims Register #62<br><br><br><br>7320.21 |
| Key Bank USA NA<br>P.O. Box 9510<br>Toledo, OH 43697-9510<br>Interest on Claim | $455.11<br><br><br>$1,922.62 | Claims Register #97<br><br>2377.73 |
| Niagara Mohawk Power Corp.<br>Interest on Claim | $7.06<br>$29.82 | Claims Register #103<br>36 88 |

Very truly yours,

BY: _____
Mark S. Wallach, Trustee

Enclosure