*handwritten top right: 4/17    36,899.85*

# MARK S. WALLACH
## Trustee in Bankruptcy

United States Bankruptcy Court  
Western District of New York  
Telephone (716) 852-1835

169 Delaware Avenue  
Buffalo, New York 14202

April 10, 2015

United States Bankruptcy Court  
Western District of New York  
Olympic Towers  
300 Pearl Street, Suite 250  
Buffalo, NY 14202

Attention: Lisa Bertino Beaser, Clerk of the Court

Re: James Brady, Jr.  
Barbara H. Brady  
BK NO. 98-10764B  
Request to Deposit of Unclaimed Funds into the  
United States Treasury

Dear Ms. Beaser:

Enclosed herewith please find my Trustee check in the amount of $36,899.85. I request that the Clerk of the Court deposit said funds, in the name of the creditors and in the amounts listed below, with the U.S. Treasury as "unclaimed funds".

    __X__ I have made a diligent effort to locate the claimant(s) for said funds and have been unable to locate the claimant(s).

    _____ The funds represent dividend payment(s) of less than $5.00 to the affected creditor and are required to be treated as unclaimed funds by Bankruptcy Rule 3010(a).

| | | |
|---|---|---|
| Niagara Mohawk Power Corp.<br>300 Erie Boulevard West<br>Syracuse, NY 13202<br>Interest on Claim | $22.12<br><br><br>$93.45 | Claims Register #15<br><br><br>*115.57* |
| Niagara Mohawk Power Corp.<br>Interest on Claim | $21.88<br>$92.44 | Claims Register #16<br>*114.32* |
| Niagara Mohawk Power Corp.<br>Interest on Claim | $40.13<br>$169.52 | Claims Register #17<br>*209.65* |
| Marine Midland Bank<br>P.O. Box 4215<br>Buffalo, NY 14273-4215<br>Interest on Claim | $3,492.75<br><br><br>$14,755.12 | Claims Register #18<br><br>*18247.87* |



RECEIVED APR 16 2015 BANKRUPTCY COURT BUF Desc

United States Bankruptcy Court
Attention: Lisa Bertino Beaser, Clerk of the Court
April 10, 2015
Page 2

| | | |
|---|---|---|
| NationsBank of Delaware<br>P.O. Box 2278<br>Norfolk, VA 23501-2278<br>Interest on Claim | $754.70<br><br>$3,188.25 | Claims Register #19<br><br>3942.95 |
| First Card<br>P.O. Box 2975<br>Uniondale, NY 11553<br>Interest on Claim | $700.64<br><br>$2,959.85 | Claims Register #21<br><br>3660.49 |
| Niagara Mohawk Power Corp.<br>Interest on Claim | $123.33<br>$521.00 | Claims Register #42<br>644.33 |
| Niagara Mohawk Power Corp.<br>Interest on Claim | $31.59<br>$133.46 | Claims Register #43<br>165.05 |
| Niagara Mohawk Power Corp.<br>Interest on Claim | $6.06 | Claims Register #44 |
| Niagara Mohawk Power Corp.<br>Interest on Claim | $11.24<br>$47.50 | Claims Register #45<br>58.74 |
| Advanta Business Cards<br>Phillips and Cohen Associates Ltd.<br>590 S. Lenola Road, Suite 3-167<br>Maple Shade, NJ 08052<br>Interest on Claim | $1,401.13<br><br><br><br>$5,919.08 | Claims Register #62<br><br><br><br>7320.21 |
| Key Bank USA NA<br>P.O. Box 9510<br>Toledo, OH 43697-9510<br>Interest on Claim | $455.11<br><br>$1,922.62 | Claims Register #97<br><br>2377.73 |
| Niagara Mohawk Power Corp.<br>Interest on Claim | $7.06<br>$29.82 | Claims Register #103<br>36.88 |

Very truly yours,

BY: _____
Mark S. Wallach, Trustee

Enclosure

Case 1-98-10764-CLB   Doc 228   Filed 04/16/15   Entered 04/16/15 15:02:38   Desc
Main Document   Page 2 of 2